**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALMA ROSA NAVARRETE PRADO, a.k.a. Alma Rosa Navareete Prado, a.k.a. Alma Rosa Navarrete-Prado, | No. 08-72202 |
| Petitioner, | Agency No. A070-121-516 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 26, 2012[**]

Before:    SCHROEDER, HAWKINS, and GOULD, Circuit Judges

Alma Rosa Navarrete Prado, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing her appeal from an

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

immigration judge's decision granting the government's motion to terminate removal proceedings. We dismiss the petition for review.

Because an order terminating removal proceedings is not a final order of removal, we lack jurisdiction over Navarrete Prado's petition for review. *See Alcala v. Holder*, 563 F.3d 1009, 1013 (9th Cir. 2009); *see also* 8 U.S.C. § 1252(b)(9) ( "Judicial review of all questions of law and fact . . . shall be available only in judicial review of a final order [of removal].").

**PETITION FOR REVIEW DISMISSED**.